UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

JAMES MURPHY, ON BEHALF OF
HIMSELF AND ALL OTHER PERSONS
SIMILARLY SITUATED,

              Plaintiffs,

          v.

BUXOM US BUYER LLC,

             Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

No.: 1:25-cv-3139

**<u>NOTICE OF VOLUNTARY
DISMISSAL</u>**

Plaintiff(s), JAMES MURPHY, in accordance with Rule 41(a)(1)(A)(i) of the Federal

Rules of Civil Procedure, hereby dismisses the above-entitled action with prejudice and without

fees and costs against Defendant, BUXOM US BUYER LLC.

Dated:   New York, New York
          July 18, 2025

**GOTTLIEB & ASSOCIATES PLLC**

<u>/s/ Jeffrey M. Gottlieb</u>
Michael A. LaBollita, Esq. (ML-9985)
Jeffrey M. Gottlieb, Esq. (JG-7905)
150 East 18th Street, Suite PHR
New York, New York 10003
(212) 228-9795
*Attorneys for Plaintiffs*

SO ORDERED:

_____
United States District Court Judge